UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:

   Scott Ramirez                                     **NOTICE OF APPEARANCE**

                           Debtor.                   Case No.: 11-15673
------------------------------------------------------------X

S I R S:

      **PLEASE TAKE NOTICE,** that the Secured Creditor, Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP FKA CountryWide Home Loans Servicing, LP, hereby appears in this action and the undersigned has been retained as attorneys for said creditor and demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated: Bay Shore, New York
       December 21, 2011

                                              Yours, etc.

                                              Frenkel, Lambert, Weiss,
                                              Weisman & Gordon, LLP
                                              Attorneys for Secured Creditor
                                              Maria Coen, Esq.
                                              20 West Main Street
                                              Bay Shore, New York 11706
                                              (631) 969-3100
                                              Our File No.:01-039737-B01

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE:                                                                                           CASE NO.: 11-15673

    Scott Ramirez                                                                  CHAPTER 13

                                                         Debtor.                             Judge: Sean H. Lane
-----------------------------------------------------------------x
STATE OF NEW YORK  )
                             ) ss.:
COUNTY OF SUFFOLK  )

    Sheryiln Grisafi, being duly sworn, deposes and says: deponent is not a party to the action. Is over 18 years of age and resides in Nassau County, New York.

    On December 23, 2011 deponent served the within Notice of Appearance upon:

Norma E. Ortiz, Esq.
Attorney for the Debtor
Ortiz & Ortiz, LLP
127 Livingston Street
Brooklyn, NY 11201

Jeffrey L. Sapir, Trustee
399 Knollwood Road, Suite 102
White Plains, NY 10603

    The above parties were served by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post office-official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me this
23rd day of December, 2011.

_____
Notary Public

                                 Sherylin Grisafi

JESSICA SPIEGELMAN
Notary Public, State of New York
No. 01SP6093750
Qualified in Suffolk County
Commission Expires June 9, 2015

CASE NO.: 11-15673

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

===============================================================

IN RE:

Scott Ramirez

Debtor.

===============================================================

## NOTICE OF APPEARANCE

===============================================================

Frenkel, Lambert, Weiss, Weisman & Gordon, LLP
Attorneys for Movant
20 West Main Street
Bay Shore, New York
(631) 969-3100
Fax (631) 969-3101

OUR FILE NO.: 01-039737-B01
===============================================================
To

Attorney(s) for
===============================================================