

FRENKEL LAMBERT WEISS WEISMAN & GORDON LLP

PLEASE REPLY TO:
LONG ISLAND OFFICE
53 GIBSON STREET
BAY SHORE, NY 11706
TEL: (631) 969-3100

March 27, 2014

Chambers of the Hon. Allen L. Gropper
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004-1408

      Re:    Scott Ramirez
               Case No.: 11-15673-alg
               Our File No.: 01-039737-B03

Dear Judge Gropper:

This Firm represents Nationstar Mortgage, LLC, servicer for Deutsche Bank National Association, As Trustee for Holders of the Harborview 2006-9 Trust (hereinafter "Nationstar"). Please allow this letter to serve as a status update on the debtor's request for loss mitigation.

On or about August 30, 2013 (docket entry no. 70), the Debtor file a motion seeking approval of a trial modification agreement (the "Motion"). The Debtor completed the trial agreement and, on or about January 15, 2014, subsequently executed a permanent modification agreement. However, upon review of the docket, it does not appear that an Order was ever entered granting the Motion.

Accordingly, we request that the Court execute the attached proposed Order approving the Motion and subsequently executed permanent modification agreement.

Thank you for your time and consideration in this matter.

Very truly yours,

Frenkel Lambert Weiss Weisman & Gordon, LLP

By: _____
     Karen Sheehan, Esq.

cc:    Scott Ramirez, Debtor (via First-Class Mail)
       Norma E. Ortiz, Esq., Counsel for the Debtor (via ECF and First-Class Mail)

NYC OFFICE:
61 BROADWAY, SUITE 2020
NEW YORK, NY 10006-2700
TEL: (212) 344-3100

WWW.FLWLAW.COM

NJ OFFICE:
80 MAIN STREET
WEST ORANGE, NJ 07052
TEL: (973) 325-8800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In Re:                                                                                  Case No.11-15673-alg

Scott Ramirez,                                                                      Chapter 13

                        Debtor.                                             Judge: Allan L. Gropper
------------------------------------------------------------X

## ORDER APPROVING LOAN MODIFICATION AGREEMENT

Upon the motion, dated August 31, 2013 (the "Motion"), for an order pursuant to Fed. R. Bankr P. 9019 and General Order #M-413 approving the entry into and performance by the above debtor (the "Debtor") of a Trial Loan Modification Agreement dated August 2, 2013,(the "Trial Modification"), modifying, on a trial basis, the loan referred to therein and related mortgage held by Bank of America Home Loan Servicing, L.P., or its assignee, as servicer for Deutsche Bank National Association, As Trustee for Holders of the Harborview 2006-9 Trust, on the Debtors' residence located at 261 E. 202nd Street, Bronx, New York 10458; and there being due and sufficient notice of the Motion; and there being no opposition to the requested relief; an no additional notice of or a hearing on the Motion being required under the circumstances; and on the record of the hearing held on the Motion on September 19, 2013; and it appearing that the Trial Loan Modification is fair and reasonable and in the best interests of the Debtors and the estate, and

On or about January 15, 2014, the Debtor executed a permanent modification agreement, which resulted from the Trial Loan Modification Agreement, it is hereby

ORDERED, that the Motion is granted and it is further

ORDERED, that the subsequenty permanent modification dated January 15, 2014, resulting from the Trial Loan Modification is hereby approved.